UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:   Terry Campbell
         Shicole T Ashford
                Debtor(s)

Case No. 14-17277

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/07/2014.

2) The plan was confirmed on 09/05/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 06/26/2015.

6) Number of months from filing to last payment: 14.

7) Number of months case was pending: 16.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $7,453.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $7,294.00 |
| Less amount refunded to debtor | $535.40 |

**NET RECEIPTS:** $6,758.60

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $4,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $263.58 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,263.58

Attorney fees paid and disclosed by debtor:   $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERICASH LOANS | Unsecured | 1,800.00 | 2,482.12 | 2,482.12 | 0.00 | 0.00 |
| CERASTES LLC | Unsecured | 1,099.00 | 843.85 | 843.85 | 0.00 | 0.00 |
| CERASTES LLC | Unsecured | NA | 256.33 | 256.33 | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 3,394.00 | 6,678.20 | 6,678.20 | 0.00 | 0.00 |
| CONSUMER FINANCIAL SERVICES | Secured | 0.00 | 300.00 | 300.00 | 300.00 | 0.00 |
| CONSUMER FINANCIAL SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DEVRY INC | Unsecured | NA | 3,666.49 | 3,666.49 | 0.00 | 0.00 |
| FIFTH THIRD BANK | Unsecured | NA | 239.17 | 239.17 | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE COMPAN | Unsecured | 358.00 | 357.54 | 357.54 | 0.00 | 0.00 |
| ILLINOIS DEPT OF EMPLOYMENT SE | Unsecured | 0.00 | 12,281.50 | 12,281.50 | 0.00 | 0.00 |
| ILLINOIS STUDENT ASSIST COMM | Unsecured | NA | 3,432.10 | 3,432.10 | 0.00 | 0.00 |
| ILLINOIS STUDENT ASSIST COMM | Unsecured | NA | 13,499.25 | 13,499.25 | 0.00 | 0.00 |
| ILLINOIS TOLLWAY | Unsecured | 7,732.00 | 127,001.00 | 127,001.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 11,017.18 | 1,850.18 | 1,850.18 | 368.62 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | NA | 9,167.00 | 9,167.00 | 1,826.40 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 1,059.00 | 1,059.00 | 1,059.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 1,643.03 | 1,643.03 | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 689.00 | 538.50 | 538.50 | 0.00 | 0.00 |
| PRESENCE HEALTH | Unsecured | NA | 296.00 | 296.00 | 0.00 | 0.00 |
| PRESENCE HEALTH | Unsecured | NA | 65.90 | 65.90 | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC | Unsecured | 49.00 | 90.04 | 90.04 | 0.00 | 0.00 |
| STATE COLLECTION SERVI | Unsecured | 361.00 | NA | NA | 0.00 | 0.00 |
| SUBURBAN GASTROENTEROLOGY | Unsecured | 679.00 | NA | NA | 0.00 | 0.00 |
| WEST CHICAGO POLICE DEPARTMEI | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| WINFIELD RADIOLOGY CONSULTAN | Unsecured | 691.00 | NA | NA | 0.00 | 0.00 |
| WOW NAPERVILLE/CREDIT MANAGI | Unsecured | 518.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERICASH LOANS/BELONGIA SHA | Unsecured | 1,957.00 | NA | NA | 0.00 | 0.00 |
| CROSSCHECK | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| SHORT TERMS LOANS LLC | Unsecured | 172.00 | NA | NA | 0.00 | 0.00 |
| NORTHLAKE RED LIGHT PHOTO ENF | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| REVMD | Unsecured | 214.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION SALLIE MAE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AT&T MOBILITY/EOS CCA | Unsecured | 1,569.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 342.00 | NA | NA | 0.00 | 0.00 |
| BLACK EXPRESSION | Unsecured | 54.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL DUPAGE HOSPITAL | Unsecured | 12,171.00 | NA | NA | 0.00 | 0.00 |
| CHICAGO DEPARTMENT OF REVENU | Unsecured | 156.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO BUREAU PARKING | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF REVENUI | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STATE TOLL HWY AUTH | Unsecured | 567.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STATE TOLL HWY AUTH/N( | Unsecured | 1,133.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STATE TOLL HWY AUTH/N( | Unsecured | 495.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STATE TOLL HWY AUTH/N( | Unsecured | 849.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STATE TOLL HWY AUTH/N( | Unsecured | 565.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STATE TOLL HWY AUTH/N( | Unsecured | 358.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STATE TOLL HWY AUTH/N( | Unsecured | 997.00 | NA | NA | 0.00 | 0.00 |
| ACC CONSUMER FINANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION AES/SUNTRUST BANK | Unsecured | 1,143.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION AES/SUNTRUST BANK | Unsecured | 2,469.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION AES/SUNTRUST BANK | Unsecured | 1,962.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION AES/SUNTRUST BANK | Unsecured | 2,469.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION AES/SUNTRUST BANK | Unsecured | 2,469.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION AES/SUNTRUST BANK | Unsecured | 1,611.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION AES/SUNTRUST BANK | Unsecured | 1,149.00 | NA | NA | 0.00 | 0.00 |
| ALLIANCE ONE RECEIVABLES MGM | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| ALLIED INTERSTATE | Unsecured | 552.00 | NA | NA | 0.00 | 0.00 |
| CITI OF CHICAGO/DEPT OF REV/COS | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 745.00 | NA | NA | 0.00 | 0.00 |
| COMCAST CHICAGO SECONDS 2000/ | Unsecured | 385.00 | NA | NA | 0.00 | 0.00 |
| COMED | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| CONSUMER PORTFOLIO SVC | Unsecured | 2,718.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE COUNTY CLERK | Unsecured | 715.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE MEDICAL GROUP | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION EDFINANCIAL SVCS | Unsecured | 1,484.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION EDFINANCIAL SVCS | Unsecured | 1,847.00 | NA | NA | 0.00 | 0.00 |
| ELGIN COMMUNITY COLLEGE | Unsecured | 1,452.00 | NA | NA | 0.00 | 0.00 |
| ENTERPRISE RENT A CAR | Unsecured | 371.00 | NA | NA | 0.00 | 0.00 |
| EQUIANT FINANCIAL SVCS | Unsecured | 5,048.00 | NA | NA | 0.00 | 0.00 |
| FIRST CREDIT CORP | Unsecured | 99.00 | NA | NA | 0.00 | 0.00 |
| HIGHLIGHTS | Unsecured | 24.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STATE TOLL HWY AUTH/N( | Unsecured | 4,724.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STATE TOLL HWY AUTH/N( | Unsecured | 2,792.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STATE TOLL HWY AUTH/N( | Unsecured | 7,303.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STATE TOLL HWY AUTH/N( | Unsecured | 1,143.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STATE TOLL HWY AUTH/N( | Unsecured | 572.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STATE TOLL HWY AUTH/N( | Unsecured | 428.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STATE TOLL HWY AUTH/N( | Unsecured | 357.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ILLINOIS STATE TOLL HWY AUTH/NC | Unsecured | 786.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STATE TOLL HWY AUTH/NC | Unsecured | 1,001.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STATE TOLL HWY AUTH/NC | Unsecured | 857.00 | NA | NA | 0.00 | 0.00 |
| KANE COUNTY CLERK OF COURT | Unsecured | 325.00 | NA | NA | 0.00 | 0.00 |
| KELLER GRADUATE SCHOOL OF MA | Unsecured | 3,666.00 | NA | NA | 0.00 | 0.00 |
| KEYNOTE CONSULTING | Unsecured | 23.00 | NA | NA | 0.00 | 0.00 |
| KINDERCARE | Unsecured | 955.00 | NA | NA | 0.00 | 0.00 |
| KINDERCARE LEARNING CENTERS/I | Unsecured | 783.00 | NA | NA | 0.00 | 0.00 |
| M&M OETHOPAEDICS LTD | Unsecured | 21.00 | NA | NA | 0.00 | 0.00 |
| MAIN STREET ACQUISITION CORP | Unsecured | 12,532.00 | NA | NA | 0.00 | 0.00 |
| MBB | Unsecured | 1,507.00 | NA | NA | 0.00 | 0.00 |
| MEA AURORA/COMMONWEALTH FII | Unsecured | 669.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 540.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 1,396.00 | NA | NA | 0.00 | 0.00 |
| NAPERVILLE RADIOLOGISTS | Unsecured | 78.00 | NA | NA | 0.00 | 0.00 |
| CITY OF NAPERVILLE | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| T MOBILE | Unsecured | 730.00 | 1,247.90 | 1,247.90 | 0.00 | 0.00 |
| ZINGO CASH ILLINOIS LLC | Unsecured | 3,600.00 | 3,170.97 | 3,170.97 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $300.00 | $300.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$300.00** | **$300.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $11,017.18 | $2,195.02 | $0.00 |
| **TOTAL PRIORITY:** | **$11,017.18** | **$2,195.02** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$178,848.89** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $4,263.58 |
| Disbursements to Creditors | $2,495.02 |
| **TOTAL DISBURSEMENTS** : | **$6,758.60** |

    12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/26/2015      By: /s/ Glenn Stearns
                                      Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.